### UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

NICHOLAS MACKENSEN, individually and on behalf of all others similarly situated,

**CLASS ACTION**

*Plaintiff*,

**Case No. 2:22-cv-02390-KHV-RES**

**JURY TRIAL DEMANDED**

vs.

PROGRESSIVE DIRECT INSURANCE COMPANY,

*Defendant*.

_____/

### JOINT STIPULATION OF DISMISSAL

Plaintiff, Nicholas Mackensen, and Defendant, Progressive Direct Insurance Company, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1.      All claims of the Plaintiff, Nicholas Mackensen, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.

Dated: November 6, 2023

Respectfully submitted,

*/s/ Martin L. Daesch*
Martin L. Daesch, #40494
**ONDERLAW, LLC**
110 E. Lockwood Avenue, 2nd Floor
St. Louis, MO 63119
314-963-9000
Fax: 314-963-1700
daesch@onderlaw.com

Andrew J. Shamis
**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis (admitted *pro hac vice*)
Florida Bar No. 101754
ashamis@shamisgentile.com

*/s/ Allison Hill White*
Allison Hill White (admitted *pro hac vice*)
Jeffrey S. Cashdan (admitted *pro hac vice*)
Zachary A. McEntyre (admitted *pro hac vice*)
J. Matthew Brigman (admitted *pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
awhite@kslaw.com
jcashdan@kslaw.com
zmcentyre@kslaw.com
mbrigman@kslaw.com

14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Telephone: 305-479-2299

Christopher Gold (admitted *pro hac vice*)
**EDELSBERG LAW, PA**
20900 NE 30th Avenue, Suite 417
Aventura, FL 33180
786-673-2405
chris@edelsberglaw.com

Lee Lowther, III (admitted *pro hac vice*)
**CARNEY BATES & PULLIAM, PLLC**
519 W. 7th Street
Little Rock, AR 72201
501-312-8500
Fax: 501-312-8505
llowther@cbplaw.com

Jacob L. Phillips (admitted *pro hac vice*)
**NORMAND PLLC**
3165 McCrory Place, Suite 175
Orlando, FL 32803
407-603-6031
Fax: 888-974-2175
jacob.phillips@normandpllc.com


*Counsel for Plaintiff*

Julia C. Barrett
**KING & SPALDING LLP**
500 West 2nd Street, Suite 1800
Austin, TX 78701
512-457-2000
Fax: 512-457-2100
Email: jbarrett@kslaw.com

Brette S. Hart
Matthew W. Greenberg
**HARRIS & HART, LLC**
9260 Glenwood Street
Overland Park, KS 66212
913-213-6980
Fax: 913-213-6991
Email: bhart@harrisandhart.com
Email: mgreenberg@harrisandhart.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on November 6, 2023, the foregoing was filed electronically. Notice of this filing will be sent to all parties, via their counsel of record, by operation of the Court's electronic filing and docketing system.

*/s/ Martin L. Daesch*
Martin L. Daesch, #40494
**ONDERLAW, LLC**